MA

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

RECEIVED
JUL 24 2018
THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

Gregory Thomas Green

_____

(Enter above the full name
of the plaintiff or plaintiffs in
this action)

1:18-cv-05044
Judge Edmond E. Chang
Magistrate Judge M. David Weisman
PC 4

vs.

Case No: _____
(To be supplied by the Clerk of this Court)

Chgo Police Officer /Store Security
Doorman at Olympia Towers
Director of Security at Neimans
Staff Security officer at Neiman Marcus

(Enter above the full name of ALL
defendants in this action. Do not
use "et al.")

**CHECK ONE ONLY:**                **AMENDED COMPLAINT**

__X__   **COMPLAINT UNDER THE CIVIL RIGHTS ACT, TITLE 42 SECTION 1983**
        U.S. Code (state, county, or municipal defendants)

_____   **COMPLAINT UNDER THE CONSTITUTION ("BIVENS" ACTION), TITLE
        28 SECTION 1331 U.S. Code** (federal defendants)

_____   **OTHER** (cite statute, if known)

*BEFORE FILLING OUT THIS COMPLAINT, PLEASE REFER TO "INSTRUCTIONS FOR
FILING." FOLLOW THESE INSTRUCTIONS CAREFULLY.*

Reviewed: 8/2013

I. **Plaintiff(s):**

A. Name: Gregory Thomas Green

B. List all aliases: ___

C. Prisoner identification number: 20180617058

D. Place of present confinement: Cook County Jail

E. Address: 2700 So. California, Chgo, IL 60608

(If there is more than one plaintiff, then each plaintiff must list his or her name, aliases, I.D. number, place of confinement, and current address according to the above format on a separate sheet of paper.)

II. **Defendant(s):**

(In A below, place the full name of the first defendant in the first blank, his or her official position in the second blank, and his or her place of employment in the third blank. Space for two additional defendants is provided in B and C.)

A. Defendant: John Doe #1
   Title: Chicago Police Officer/Store Security
   Place of Employment: Neiman Marcus, N. Michigan Ave.

B. Defendant: John Doe #2
   Title: Door Man Olympia Towers High rise bldg.
   Place of Employment: Olympia Towers Chicago Ave & Michigan Ave

C. Defendant: John Doe #3
   Title: Store Security Director
   Place of Employment: Neiman Marcus 747 N. Michigan Ave

(If you have more than three defendants, then all additional defendants must be listed according to the above format on a separate sheet of paper.)

D. Defendant: John Doe #4
   Title: Staff Security
   Place of Employment: Neiman Marcus

2

Reviewed: 8/2013

III. List ALL lawsuits you (and your co-plaintiffs, if any) have filed in any state or federal court in the United States:

A. Name of case and docket number: Green V. F.B.I, Green V. Dr Richardson Green V. Sgt Hartman

B. Approximate date of filing lawsuit: 1990, 2001, 2004

C. List all plaintiffs (if you had co-plaintiffs), including any aliases: ___

D. List all defendants: Federal Bureau of Investigations Doctor Richardson Sergent Hartman

E. Court in which the lawsuit was filed (if federal court, name the district; if state court, name the county): U.S. Dist. Northern, Eastern Division

F. Name of judge to whom case was assigned: Judge Coar, David H Anne Johnson.

G. Basic claim made: Failure to Comply/Due Process (FBI) Denial/Delay in Medical Attention (Dr. Richardson) Delay in Medical Attention (Sgt. Hartman)

H. Disposition of this case (for example: Was the case dismissed? Was it appealed? Is it still pending?): FBI (I dropped the case) Dr. Richardson (setteled) Sgt Hartman of Cook County (had a Cook County juror on

I. Approximate date of disposition: 1991 / 2002 / 2007

**IF YOU HAVE FILED MORE THAN ONE LAWSUIT, THEN YOU MUST DESCRIBE THE ADDITIONAL LAWSUITS ON ANOTHER PIECE OF PAPER, USING THIS SAME FORMAT. REGARDLESS OF HOW MANY CASES YOU HAVE PREVIOUSLY FILED, YOU WILL NOT BE EXCUSED FROM FILLING OUT THIS SECTION COMPLETELY, AND FAILURE TO DO SO MAY RESULT IN DISMISSAL OF YOUR CASE. CO-PLAINTIFFS MUST ALSO LIST ALL CASES THEY HAVE FILED.**

3

Reviewed: 8/2013

IV. **Statement of Claim:**

State here as briefly as possible the facts of your case. Describe how each defendant is involved, including names, dates, and places. **Do not give any legal arguments or cite any cases or statutes.** If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. (Use as much space as you need. Attach extra sheets if necessary.)

On 12/09/17, A Chicago Policeman was working at Neiman Marcus as store security. This off duty officer from C.P.D. teamed up with the doorman at Olympia Towers; and with the director of Neimans store security and his assistant to force me back into the store while suffering from a Chronic Pulmonary Disease (C.O.P.D.) attack. I told them "I can't breathe!" Yet I was still forced back into the store.

Once inside of the security office at Neimans, I was stripped of my clothing and searched. My Tiffany necklace was taken and never returned by the store security, along with my Gucci prescription eyeglasses, a bottle of Knob Creek whiskey (purchased as a Christmas gift). Many other items belonging to me were stolen from my backpack, like my electric razor, nail clippers, etc. too many items for me to recall.

When I first entered the store (Neimans) I knew the Michigan Ave entrance seemed

4

Reviewed: 8/2013

different, from all the other times I came in through this entrance. My oxygen level was starting to drop, probably from all the chemicals Neimans uses.

It took over an hour for me to get medical attention since the time I told Neimans and the C.P.D. officer (who was working for Neimans) that I was not able to breathe (without severe difficulty) and I was told I could not use my inhaler or take my allergy pills.

When the ambulance finally came, Neimans would not allow the paramedics to come in with the stretcher to take me out. I was forced to walk dizzily through the store to the ambulance handcuffed. I suffered immensively from mental anguish, because of how inhumanely I was treated.

I have been a loyal customer to Neimans since 1987. There was no reason for Neimans to even suspect me of trying to shoplift. I'll never forget how the doorman grabbed me when I exited at the Chicago entrance that leads into Olympia Towers.

Reviewed: 8/2013

V.  **Relief:**

State briefly exactly what you want the court to do for you. Make no legal arguments. Cite no cases or statutes.

I want $150,000.00 dollars for the delay in medical attention, the stealing of my property, the "hog tying" style of handcuffing me until my hands turned purple. And punitive damages for mental anguish. I had major trauma to my head 5 months before this incident and I told them so.

VI. The plaintiff demands that the case be tried by a jury. ☐ YES ☒ NO

### CERTIFICATION

By signing this Complaint, I certify that the facts stated in this Complaint are true to the best of my knowledge, information and belief. I understand that if this certification is not correct, I may be subject to sanctions by the Court.

Signed this 11th day of July, 2018

Gregory Thomas Green
(Signature of plaintiff or plaintiffs)

Gregory Thomas Green
(Print name)

20180617058 Div. 8-4D-28
(I.D. Number)

2700 So. California
Chicago, IL 60608
Cook County Jail
(Address)

6

Reviewed: 8/2013