Case: 1:18-cv-05044 Document #: 16 Filed: 11/27/18 Page 1 of 7 PageID #:21

M

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

**FILED**
4/1/2019
THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

LF

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

**RECEIVED**
NOV 27 2018
THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

Gregory Thomas Green

_____

(Enter above the full name
of the plaintiff or plaintiffs in
this action)

vs.

Chicago Police Officers
#1
#2
#3

_____

(Enter above the full name of ALL
defendants in this action. Do not
use "et al.")

Case No: **1:18Cv-05044**
(To be supplied by the Clerk of this Court)

CHECK ONE ONLY:     **AMENDED COMPLAINT**

**X**     COMPLAINT UNDER THE CIVIL RIGHTS ACT, TITLE 42 SECTION 1983
         U.S. Code (state, county, or municipal defendants)

_____   COMPLAINT UNDER THE CONSTITUTION ("BIVENS" ACTION), TITLE
         28 SECTION 1331 U.S. Code (federal defendants)

_____   OTHER (cite statute, if known)

*BEFORE FILLING OUT THIS COMPLAINT, PLEASE REFER TO "INSTRUCTIONS FOR
FILING." FOLLOW THESE INSTRUCTIONS CAREFULLY.*

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

I. **Plaintiff(s):**

   A. Name: Gregory Thomas Green

   B. List all aliases: _____

   C. Prisoner identification number: 20180617058

   D. Place of present confinement: Cook County Jail

   E. Address: P.O. Box 089002, Chicago, IL 60608

   (If there is more than one plaintiff, then each plaintiff must list his or her name, aliases, I.D. number, place of confinement, and current address according to the above format on a separate sheet of paper.)

II. **Defendant(s):**
   (In **A** below, place the full name of the first defendant in the first blank, his or her official position in the second blank, and his or her place of employment in the third blank. Space for two additional defendants is provided in **B** and **C**.)

   A. Defendant: _____
      Title: Chicago Police Officer
      Place of Employment: 18th District Police Station

   B. Defendant: _____
      Title: Chicago Police Officer
      Place of Employment: 18th District Police Station

   C. Defendant: _____
      Title: Chicago Police Officer / Store Security
      Place of Employment: Neimans Marcus 747 N. Michigan Ave Chgo, IL

   (If you have more than three defendants, then all additional defendants must be listed according to the above format on a separate sheet of paper.)

2

Revised 9/2007

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

III. List ALL lawsuits you (and your co-plaintiffs, if any) have filed in any state or federal court in the United States:

A. Name of case and docket number: Green V. F.B.I. ①, Green V. Dr. Richardson ②, Green V. Sgt. Hartman ③

B. Approximate date of filing lawsuit: 1990, 1993, 2004

C. List all plaintiffs (if you had co-plaintiffs), including any aliases: Gregory Thomas Green (#1, #2, #3,)

D. List all defendants: Federal Bureau of Investigations #1
Dr. Richardson #2
Sgt. Hartman #3

E. Court in which the lawsuit was filed (if federal court, name the district; if state court, name the county): U.S. District Northern Dist of IL, Eastern Div

F. Name of judge to whom case was assigned: ① Ann Johnson, David Coar ②, ③ David Coar,

G. Basic claim made: Due Process Rights #1
Denial/Delay in Medical attention #2
Delay in Medical Attention #3

H. Disposition of this case (for example: Was the case dismissed? Was it appealed? Is it still pending?): Dismissed (by Plaintiff) #1
Settled #2
Jury Trial (defendant) #3

I. Approximate date of disposition: 1991, 1995, 2007

IF YOU HAVE FILED MORE THAN ONE LAWSUIT, THEN YOU MUST DESCRIBE THE ADDITIONAL LAWSUITS ON ANOTHER PIECE OF PAPER, USING THIS SAME FORMAT. REGARDLESS OF HOW MANY CASES YOU HAVE PREVIOUSLY FILED, YOU WILL NOT BE EXCUSED FROM FILLING OUT THIS SECTION COMPLETELY, AND FAILURE TO DO SO MAY RESULT IN DISMISSAL OF YOUR CASE. CO-PLAINTIFFS MUST ALSO LIST ALL CASES THEY HAVE FILED.

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

IV. **Statement of Claim:**

State here as briefly as possible the facts of your case. Describe how each defendant is involved, including names, dates, and places. **Do not give any legal arguments or cite any cases or statutes.** If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. (Use as much space as you need. Attach extra sheets if necessary.)

On 12-09-2017, I attempted to get some fresh air because I was suffering from C.O.P.D., (a pulmonary disease,) which I have had for 5 years. The director of security, the doorman of Olympia Towers Condominium (I was detained in the lobby before making it out the door) another security officer, and a man who identified himself as "I am a Chicago Police Officer." I told them "I can't breathe.", yet I was still forced back into Neiman Marcus' Store.

Once inside of the security office, at Neiman's I was stripped of my clothing, and searched. My Tiffany necklace, Gucci prescription eyeglasses, a bottle of Knob Creek whiskey (purchased as a Christmas gift). Many other items were stolen from my backpack, like my electric razor, nail clippers, etc. Too many items to recall.

I remember entering the Michigan Ave (747 North) entrance, and how strange I felt coming in from

4

Revised 9/2007

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

this entrance. My oxygen level was dropping from the chemicals Neimans uses.
  It took over an hour to get medical attention from a hospital (Northwestern) simply around the corner and I was not allowed to use my inhaler, or sinus pills. Even the "arresting" Chicago Police Officers, who came to Neimans, were busy "shopping" in my belongings while the "gang" of security, and officers bidded on what each one wanted. I told the Chicago Police Officers when they came, I could not breathe, and they were saying they had "paperwork" to do, instead of taking me to the hospital.
  When the ambulance finally arrived, the Police would not allow the paramedics to come inside the store with the strecher. I was forced to walk "dizzily" through the store handcuffed so tight, my hands turned purple and I suffered mental anguish. I was immeadiately put on oxygen at the scene. I had told store security that I had major surgery for head trauma 5 months earlier (July 2017) I could have died because of these delays in medical attention, and for the States Attorney to prosecute me after near death experiences seem awfully malicious.

5

Revised 9/2007

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

V. **Relief:**

State briefly exactly what you want the court to do for you. Make no legal arguments. Cite no cases or statutes.

I am seeking $509,000.00 in damages, plus punitive damages for stealing my property, and mental anguish. And to change the way Chicago police officers are hired to private contractors who conspire and bend the law to make things look legal; but stealing, killing, and destroying are the outcome of peace officers working in the private sector.

VI. The plaintiff demands that the case be tried by a jury. ☒ YES ☐ NO

## CERTIFICATION

By signing this Complaint, I certify that the facts stated in this Complaint are true to the best of my knowledge, information and belief. I understand that if this certification is not correct, I may be subject to sanctions by the Court.

Signed this 18th day of November, 20 18

_Gregory Thomas Green_
(Signature of plaintiff or plaintiffs)

Gregory Thomas Green
(Print name)

2018 06 17058
(I.D. Number)

P.O. Box 089002
Chicago, IL 60608
Cook County Jail
(Address)

Gregory Thomas Green
20180617058
P.O. Box 089002
Chicago, IL 60608






Urgent!

Clerk of U.S. District Court
219 South Dearborn Street
Chicago, Illinois 60604



11/27/2018-74

Legal Mail